# EXHIBIT A







FREE SHIPPING ON ORDERS $125+
HOLIDAY STANDARD SHIPPING DEADLINES:
HANUKKAH: MONDAY, NOVEMBER 22ND

NEW ARRIVALS    GIRLS    JUNIORS & WOMEN    ACCESSORIES    HOME & GIFTS    FEATURED SHOPS    SALE

## Frankie's Squads

Meet our Frankie's Squads. They're not only our models, but role models too. Frankie's Squads are cast in each city because they emulate our core values. They're not only stylish, but they're involved in their community, kind, and driven. They're leaders who don't just *look* good, but *do* good too.

Meet our latest squads and check back for future debuts!





### LA Squad          DC Squad          Dallas Squad