# EXHIBIT B



**Lisa D.**
Chicago, IL
0 friends
1 review

★★★★☆ 1/9/2012

I love the window displays for Frankie's! They are always so cute and entice me to come into the store. They have such trendy and fun adult clothes and the assortment is changing constantly. I especially love all of the deals and sales they run. I recommend this store to many of my friends. I used to live in Lincoln Park, but now make a special trip to Frankie's to shop!



**Stacy M.**
Chicago, IL
0 friends
1 review

 1/7/2012

I have been to Frankie's many times because my daughters (10 and 8) LOVE it. The prices are a bit high, but appreciate the weeded out quantity of clothing that is appealing to my girls and the staff is always friendly and helpful. My older daughter attended her first Bat Matzvah in the Fall and I was at a loss about what she should wear. The staff was extremely helpful and assisted us in finding a dress and accessories that were age appropriate and trendy. Both my daughter and I walked away from the experience happy with our purchases. My favorite item purchased at Frankie's has to be the DIRT lavender and eucalyptus body scrub. The scent is heavenly and something I look forward to at the end of each day. I liked it so much I went back and bought on for all of my girlfriends for Christmas.



**Amber C.**
Dallas, TX
0 friends
4 reviews

★★★★☆ 12/31/2011

Frankie's is a GREAT spot with a real thumb on the pulse of what "tweenagers" want to wear. The selection w huge, the styles were age appropriate, the staff was helpful and friendly and the location was perfect. The qua of the clothes justifies the slightly high pricing. Can't wait to go back!!



115 likes

Thx 😌 frankies for these beautiful 😻 bat mitzvah dresses 👗

View all 7 comments

**frankiesonthepark** @somethingsuzieg look at this gorgeous girl in her Frankie's dresses!!! ❤️

@frankiesonthepark so stunning!!!

September 7



**FROM CAMPERS**

"I looked forward to Fashion Camp every week because I was so excited to learn more and talk to you guys. I take a business class at school and I have learned more from this Frankie's class than a semester of my school business class! I am so grateful for y'all and the Frankie's family."

—Ava, 14, Texas

"I had a blast and I'm so excited to start my brand. If there's any more open spots for the remaining weeks of camp, please let me know because I would love to come back!

—Claire, 16, New York

