# EXHIBIT C



# NOW ENROLLING
# FRANKIE'S FASHION CAMPS



### SPRING SESSIONS: BUILD YOUR OWN BRAND 2.0
### VIRTUAL ON ZOOM, AGES 12-17, APRIL/MAY

Our best-selling after-school program is back with a new 6 week curriculum! Launch your own brand with guest speakers from your favorite brands, amazing supplies, and learn everything you need to know to bring your own creative business to life! Make new friends from across the country in this girl power focused after-school group, alongside our Frankie's mentors.

### SUMMER SESSIONS: BUILD YOUR OWN BRAND 2.0
### VIRTUAL, AGES 12-17, JUNE/JULY

After 7 sold-out weeks in 2020, our week-long virtual day camp returns for Summer 2021! New guest speakers, revamped supply box, expanded curriculum, special surprises, and new Frankie's credit to use towards building your brand! Sign up for a week before heading to sleepaway camp or on family vacay! Meet new friends or sign-up with your local or long-distance bestie!





### SUMMERS SESSIONS: FRANKIE'S FASHION CAMP
### IN-PERSON IN CHICAGO, AGES 7-12, JUNE/JULY

Frankie's famous in-person camp for younger fashion lovers is back this summer at our Chicago location! Join us for a week of fun at our Fashion Entrepreneur Day Camp with all Covid safety protocols in place. Make your own products, join in creative group activities, and dream up your own fashion line. Perfect for ages 7-12 and those looking to sign-up with a friend.



