# EXHIBIT E

# United States of America
## United States Patent and Trademark Office

## FRANKIE'S ON THE PARK

**Reg. No. 3,746,814** MY SISTERS AND ME, LLC (ILLINOIS LIMITED LIABILITY COMPANY)
Registered Feb. 9, 2010  2322 N. CLARK STREET
CHICAGO, IL 60614

**Int. Cl.: 35**

FOR: RETAIL STORE SERVICES FEATURING CHILDREN'S CLOTHING, SHOES, JEWELRY AND ACCESSORIES; RETAIL STORE SERVICES, AVAILABLE THROUGH COMPUTER COMMUNICATIONS AND INTERACTIVE TELEVISION, FEATURING CHILDREN'S CLOTHING, SHOES, JEWELRY AND ACCESSORIES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

**SERVICE MARK**
**PRINCIPAL REGISTER**

FIRST USE 8-1-2008; IN COMMERCE 8-1-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-797,701, FILED 8-5-2009.

ARETHA SOMERVILLE, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office