# EXHIBIT F



Enjoy 30% Off + Free Shipping on Orders $49+



NEW IN   DRESSES   TOPS ⌄   BOTTOMS   LOUNGEWEAR   COATS & JACKETS

# franki

by francesca's



**frankibyfrancescas**

franki

by francesca's®

   

**32 likes**