# EXHIBIT G



Menu

# Francesca's makes tween label Franki a standalone brand



**Anne Stych**, Staff Writer, Bizwomen
Nov 5, 2021, 11:16am EDT



Rachel Crumpler

## Sign up for our free newsletter

Sign Up

Francesca's women's clothing boutique company has made its tween brand Franki a standalone brand with plans to open pop-up stores and a website this month.

The first two Franki by Francesca's boutiques will open in Houston and near Washington, D.C. with six-month leases and options to keep them open after

11/18/21, 4:18 PM
Case: 1:21-cv-06227 Document #: 1-7 Filed: 11/19/21 Page 3 of 5 PageID #:47
Francesca's makes tween label Franki a standalone brand - Bizwomen

that, Women's Wear Daily reported. The brand's website launches Nov. 15.

The 100-piece debut collection includes apparel, jewelry, accessories and shoes.

See Also

- Francesca's officially under new ownership

Francesca's CEO Andrew Clarke told WWD the brand grew out of an online-only pilot on the company's website then spread to holiday popups last year then a presence at 100 Francesca's locations.

Clarke, who joined the company as CEO in March 2020, called the Franki style "cool rather than cute" and described it as "a sophisticated collection of mini-me where appropriate." He previously spent a year as executive vice president and chief merchandising officer for Ascena Retail Group's tween brand Justice.

Houston-based Francesca's was acquired by stalking-horse bidder Francesca's Acquisition LLC, an affiliate of TerraMar Capital LLC, Tiger Capital Group LLC and SB360 Capital Group LLC, for $18 million in February after filing for Chapter 11 bankruptcy. The company said at the time it expected to keep at least 275 Francesca's stores open, down from 711 at the end of 2019.

There were 454 locations last year but the number has crept up slightly to 466 this year, per WWD. Clarke called it a "successful reboot."



Anne Stych is a staff writer for Bizwomen.





DIVE BRIEF

# Francesca's launches Franki as stand-alone tween brand

Published Nov. 4, 2021



Daphne Howland
Senior Reporter

## Dive Brief:

- Franki, a tween brand quietly launched at Francesca's a year ago just ahead of its bankruptcy filing, is now a stand-alone brand, the retailer said Thursday.

- Franki's dedicated website will launch on Nov. 15, and the brand will run its own social media, according to an emailed press release.

- The brand also plans two pop-ups, with grand opening parties "featuring holiday TikTok backgrounds, local DJ's, monogram stations and sweet treats for customers while they shop," per the release. One will open Nov. 5 in Houston, the other Nov. 15 at Tyson's Corner in Virginia.

## Dive Insight:

Francesca's CEO Andrew Clarke is a veteran of tween brand Justice, a former Limited banner that ended up in Ascena's portfolio.

For a while, under Clarke's leadership, Justice was Ascena's best performer, but the retailer disintegrated as Ascena struggled to manage an unwieldy collection of premium, budget and plus

brands. Bluestar Alliance snapped up Justice during Ascena's bankruptcy last year after the brand jettisoned most of its stores.

That gives Clarke an opportunity to reprise his success in the tween space without much competition. Franki has been testing stand-alone operations since the summer, Clarke told Retail Dive in September, and the supply chain issues plaguing most retailers apparently didn't impede the company's plans to open brick-and-mortar Franki locations by the holidays.

Francesca's itself Nov. 10 will host an in-person and livestreamed fashion show in Huntington Beach, California. The event, which will feature musician Emeline and TikTok notables Madison Lewis, Indiana Massara and Brooklyn Queen, will highlight a limited edition line of dresses and jewelry dubbed "Limelight," the company also said.