# EXHIBIT H

## DEPARTMENT & SPECIALTY STORES

Dillard's
JCPenney
Macy's
Target

## WOMEN'S APPAREL & ACCESSORIES

- Aerie
- Athleta
- Blu Spero
- Brighton Collectibles
- Camille La Vie
- Claire's Boutique
- Express
- Forever 21
- Fossil
- Francesca's Collections
- Franki's
- J. Jill
- Larita Fashion
- Loft
- Lux
- Michael Kors
- Q
- Pink (Temp Location)
- Saige & Rose Boutique
- Soma Intimates
- Torrid
- Vera Bradley
- Victoria's Secret (Temp Location)
- White House/Black Market
- ZARA

## MEN'S & WOMEN'S APPAREL & ACCESSORIES

- Abercrombie & Fitch



Mall directory map showing stores including: Banana Republic, Sephora, Swarovski, James Avery, Starbucks, Valenti Men's, Coach, Watch Hut, Athleta, Fossil, Future Bath & Body Works, Future Victoria's Secret, Express, Express Men, Clark's, Bath & Body Works (temp loc), Rocky Mountain Chocolate Factory, La Savonnerrie Divine, Ben Bridge Jeweler, Francescas' Collections, Vitalitea, Claire's, Johnston & Murphy, Blu Spero, Loft, The Apple Store, Franki's, J.Jill, White House | Black Market, Soma Intimates, Q, Visible Changes, La Palm Nail & Spa, MySmile, Brow Studio 7, Marble Slab, Hartmann Jewelry, Great American Cookie Co./Pretzel Time, L'Occitane, Texas Treasures, Stadium Signatures.