# EXHIBIT I







About 51,300,000 results (0.75 seconds)

https://www.frankiesonthepark.com

### Girls | Juniors | Women's Fashion | Frankie's on the Park ...

The ultimate boutique shopping experience that celebrates **girls** as they grow. **Frankie's** on the Park is the perfect place to find fashion — and confidence ...

Dress Shop · Girls Boutique | About Us · Girls New Arrivals · Girls

You've visited this page 4 times. Last visit: 11/8/21

https://www.frankiesonthepark.com › collections › girls...

### Girls New Arrivals | Tween Boutique | Frankie's on the Park

A tween fashion boutique for today's tween fashion icons! **Frankie's** on the Park is the perfect place for **girls** of all ages to express their individuality!

R  1 Code + 1% Cash Back from RetailMeNot

https://www.francescas.com › category › franki-for-girls

### franki for Girls | francesca's

Shop our collection of cute clothes for **girls** and tweens! FREE Standard Shipping on all orders & returns of $65 or more!

Dresses for Girls · Tops for Girls · Bottoms for Girls

